Jacob J. Miles, Esq.
Joseph J. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff
National Travel Services, Inc.

FILED
AUG - 2 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

| | |
|---|---|
| NATIONAL TRAVEL SERVICES, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 06-567 T<br>**Case Number** ________ |

PLAINTIFF NATIONAL TRAVEL SERVICES, INC.

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff National Travel Services, Inc. ("Plaintiff"), hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: August 1, 2006

KELLEY DRYE & WARREN LLP

By: ______________________
Jacob J. Miles, Esq.
Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Attorneys for Plaintiff
National Travel Services, Inc.