# In the United States Court of Federal Claims

| | | |
|---|---|---|
| NATIONAL TRAVEL SERVICES, INC., Plaintiff, | ) | No. 06-567 T |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | Filed November 28, 2006 |

## ORDER

On November 20, 2006, the parties filed a joint preliminary status report ("JPSR") with the Court. In the JPSR, they requested an initial discovery period of 90 days, during which period plaintiff would informally provide defendant with evidence intended to substantiate its payment of the excise taxes in dispute, and defendant would review the evidence provided, with a view toward resolving the case. The parties further believe that initial disclosures are unnecessary in this case, and request that they be relieved of that obligation.

In light of the foregoing, the Court GRANTS the parties requests, relieving them of their obligation to file initial disclosures and setting a deadline for the completion of discovery of **Monday, February 19, 2007**. The Court ORDERS that the parties file a joint status report apprising the Court of their progress not later than **Monday, February 26, 2007**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge