IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-567 T
(Honorable George W. Miller)

NATIONAL TRAVEL SERVICES, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT MOTION TO ENLARGE

Pursuant to RCFC 6(b), the parties respectfully move the Court for a 60-day enlargement of time from February 20, 2007[1], to and including April 20, 2007, in which to complete discovery in the above-captioned case. This is the first request by the parties for this purpose. In support of their motion, the parties state as follows:

Plaintiff is considering dismissing this case without prejudice and pursuing its claim for refund administratively with the IRS. In anticipation of potential dismissal, the parties have not completed discovery. Therefore, the parties request the additional time to allow plaintiff to reach a decision on whether to dismiss this case without prejudice and for the parties to conduct any discovery, if necessary.

[1]The Court's order, dated November 8, 2007, sets a deadline for discovery of February 19, 2007. However, pursuant to RCFC 6(a), the deadline for discovery is February 20, 2007, because February 19, 2007, was a legal holiday.

Accordingly, the parties request that the Court allow the requested enlargement of time.

Respectfully submitted,

s/Jacob J. Miles
JACOB J. MILES
Attorney of Record
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

February 20, 2007

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

February 20, 2007